FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

JAN 1 4 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>Funds on deposit in Pershing Brokerage<br>investment accounts in the name of Danny<br>Robinson, up to the amount of $50,500 (plus any<br>associated earnings or interest on that amount) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:18-MJ- 2215 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the __Eastern__ District of __Tennessee__ is subject to forfeiture to the United States of America under __21__ U.S.C. §§ 853, 881(a)(6), 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(A) and/or 18 U.S.C. § 982(a)(1). *(describe the property):*

Funds on deposit in Pershing Brokerage investment accounts, in the name of Danny Robinson, up to the amount of $50,500 (plus any associated earnings or interest on that amount); which is property that constitutes and/or is derived from proceeds obtained directly or indirectly as a result of the offenses of 21 U.S.C. §§ 841 and 846 and any property involved in the offenses of 18 U.S.C. § 1957 and any property traceable to such property.

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED** to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from the account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Internal Revenue Service with the current account balance, and continue to accrue any deposits, interest, dividends, and any other amount credited to the account fourteen (14) days from the seizure of the account.

The application is based on these facts:
The Affidavit attached hereto and incorporated herein by reference sets forth probable cause for the seizure of the property in accordance with civil forfeiture pursuant to 18 U.S.C. § 981(b) and 21 U.S.C. § 881 and in accordance with criminal forfeiture pursuant to 21 U.S.C. § 853(e) and (f) and 18 U.S.C. § 982(b)(1). The property is subject to civil forfeiture in accordance with 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(A) and 21 U.S.C. § 881(a)(6) and is subject to criminal forfeiture in accordance with 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).

_____
*Applicant's signature*

Crystal Centers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/12/18

_____
*Judge's signature*

City and state: __Knoxville, Tennessee__    Bruce Guyton _____, United States Magistrate Judge
*Printed name and title*