FILED

JAN 1 4 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

**Funds on deposit in Pershing Brokerage investment accounts
in the name of Danny Robinson, up to the amount of $50,500
(plus any associated earnings or interest on that amount)**

)
)
)
)
)
)

Case No.    3:18-MJ- 2215

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____**Eastern**_____ District of _____**Tennessee**_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**Funds on deposit in Pershing Brokerage investment accounts , in the name of Danny Robinson, up to the amount of $50,500 (plus any associated earnings or interest on that amount)**

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Internal Revenue Service with the current account balance, and continue to accrue any deposits, interest, dividends, and any other amount credited to the account fourteen (14) days from the seizure of the account.** recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  12/19/18
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to

_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    12/12/18 at 5:00 pm          Bruce Guyton
_____
*Judge's signature*

City and state:    **Knoxville, Tennessee**    Bruce Guyton , **United States Magistrate Judge**
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>3:18-MJ-2215 | Date and time warrant executed:<br>12/13/2018 @ 12:45pm | Copy of warrant and inventory left with:<br>Pershing, LLC<br>Legal Department<br>via fax to: (201) 413-4799 |
| Inventory made in the presence of:<br>Crystal Centers | | |

Inventory of the property taken:

Funds have been frozen by Pershing Brokerage for Danny Robinson. Account # xxx-xx9640 has a current balance of $8,444.83 as of 1/4/19. Account # xxx-xx1462 has a current balance of $180,581.10 as of 1/4/19.

CBC

FILED

JAN 14 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/4/19

_Crystal Centers_
Executing officer's signature

Crystal Centers, Special Agent
Printed name and title